UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01CR0994-W |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| KENNY LEE, | |
| Defendant. | |

This matter comes before the Court on the United States' motion to dismiss the indictment.

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

DATED: 1/25/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE